IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PAUL IWANICKI, ETC., Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 09-106 |
| COMMONWEALTH OF PENNSYLVANIA, Defendant. | ) ) ) | |

ORDER

Plaintiff Christopher Paul Iwanicki has appealed the non-dispositive order, dated February 11, 2009, entered by United States Magistrate Judge Cathy Bissoon [document #5]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 5th day of March, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Cathy Bissoon,
United States Magistrate Judge

All parties of record